UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE McCULLOM,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY O'MALLEY, et. al.,<br><br>    Defendants. | Case No.  16-cv-0899-TEH<br><br>JUDGMENT |

    For the reasons set forth in the Order of Dismissal, Judgment is entered in favor of Defendants. Plaintiff shall take nothing by way of his Complaint.

    IT IS SO ORDERED AND ADJUDGED.

Dated: 8/18/2016

                                    THELTON E. HENDERSON<br>                                    United States District Judge

G:\PRO-SE\TEH\CR.16\McCullom0899.jud.docx